IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02394-MSK-KLM

WAYNE ANDREWS,

    Plaintiff,

v.

UNITED STATES OF AMERICA;
GARY QUICK;
DIRECTOR, IRS, OGDEN UT;
ROSEANNE M. MILLER;
R.A. M ITCHELL,
ROXY HUBER; and
LINEBARGER, GOGGAN, BLAIR & SIMPSON, LLP,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Request a Different Date for Scheduling Conference** [Docket No. 14; Filed November 13, 2009] and **United States' Motion for Leave to Attend Scheduling Conference Telephonically** [Docket No. 13; Filed December 1, 2009].

    IT IS HEREBY **ORDERED** that Plaintiff's Motion [Docket No. 14] is **GRANTED**. The scheduling conference set for December 10, 2009 at 11:00 a.m. is **vacated** and **reset to February 8, 2010 at 10:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **February 1, 2010**.

    Parties shall submit a brief Confidential Settlement Statement in PDF format to Mix_Chambers@cod.uscourts.gov. on or before **February 1, 2010**. Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse.  The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

Anyone seeking entry into the Byron G. Rogers United States Courthouse must show valid photo identification.  *See* D.C.COLO.LCivR 83.2(B).

IT IS FURTHER **ORDERED** that United States' Motion [Docket No. 13] is **GRANTED**.  Counsel for the United States shall appear by telephone at the scheduling conference set for February 8, 2010 at 10:00 a.m.  At that date and time, counsel shall contact chambers at (303) 335-2770 in order to participate in the conference.

Dated:  December 3, 2009