IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02394-MSK-KLM

WAYNE ANDREWS,

    Plaintiff,

v.

UNITED STATES OF AMERICA;
GARY QUICK;
DIRECTOR, IRS, OGDEN UT;
ROSEANNE M. MILLER;
R.A. M ITCHELL,
ROXY HUBER; and
LINEBARGER, GOGGAN, BLAIR & SIMPSON, LLP,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Request for Determination** [Docket No. 35; Filed January 22, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**.  Plaintiff, proceeding *pro se,* requests that the Court answer a legal question regarding service of process.  The Court cannot provide legal advice to the parties.

Dated:  January 26, 2010