IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02394-MSK-KLM

WAYNE ANDREWS,

     Plaintiff,

v.

GARY QUICK;
DIRECTOR, IRS, OGDEN UT;
ROSEANNE M. MILLER;
R.A. M ITCHELL,
ROXY HUBER; and
LINEBARGER, GOGGAN, BLAIR & SIMPSON, LLP,

     Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Request for Information on Discrepancies** [Docket No. 33; Filed January 4, 2010] (the "Motion"). Plaintiff is proceeding *pro se* and requests that the Court "require Defense counsel to provide specific discrepancies in service to the defendants and the Attorney General."

     There is no legal basis for the Motion.  It is not "the proper function of the district court to assume the role of advocate for the pro se litigant."  *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). Nor may the Court provide legal advice to a litigant.  Accordingly,

     IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

Dated:  February 1, 2010