IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02394-MSK-KLM

WAYNE ANDREWS,

      Plaintiff,

v.

GARY QUICK;
DIRECTOR, IRS, OGDEN UT;
ROSEANNE M. MILLER;
R.A. M ITCHELL,
ROXY HUBER; and
LINEBARGER, GOGGAN, BLAIR & SIMPSON, LLP,

      Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Motion to Reconsider the Resetting of the Scheduling Conference** [Docket No. 57; Filed February 17, 2010] (the "Motion"). In a February 4, 2010 Order, the Court vacated the Scheduling Conference set for February 8, 2010 [Docket No. 49].  The Court noted that the Scheduling Conference would be reset, if appropriate, at a later date.  Plaintiff has presented no reason for setting the Scheduling Conference at this time.

      Even those parties who are proceeding *pro se* must refrain from filing superfluous pleadings.  In its Order dated February 4, 2010 [#49], the Court indicated that the Court has determined that the interests of the parties and judicial economy will best be served by holding the Scheduling Conference in abeyance until certain motions are ruled upon.  In other words, a Scheduling Conference will not be set until the Court determines that it is appropriate to do so.  Any further motions addressing this issue will be summarily stricken.

      IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.

Dated:  February 19, 2010